☒ FILED  ☐ LODGED
**Nov 05 2025**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

TIMOTHY COURCHAINE
United States Attorney
District of Arizona
TERRY MIENECKE
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Attorneys for Plaintiff

CR-25-4720-TUC-LCK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Ernesto Garcia-Garcia,<br><br>    Defendant. | 25-mj-9609-EJM<br>CR<br><br>**I N F O R M A T I O N**<br><br>Violations:<br><br>8 U.S.C. § 1326(a)<br>(Reentry of Removed Alien)<br><br>Count 1<br><br>8 U.S.C. § 1325(a)<br>(Improper Entry by Alien)<br>(Petty Misdemeanor)<br>Count 2 |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

On or about October 22, 2025, at or near Nogales, in the District of Arizona, Ernesto Garcia-Garcia, an alien, did intentionally and knowingly attempt to unlawfully enter the United States of America after having been denied admission, excluded, deported, and removed from the United States through Alexandria, Louisiana, on August 28, 2025, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

/ / /

## COUNT 2

On or about October 22, 2025, at or near Nogales, in the District of Arizona, Ernesto Garcia-Garcia, an alien, did intentionally and knowingly attempt to unlawfully enter the United States of America from Mexico, at a time and place other than as designated by Immigration Officers of the United States of America; in violation of Title 8, United States Code, Section 1325(a)(1).

October 23, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*Terry M. Meinecke*

TERRY MEINECKE
Assistant U.S. Attorney